**Order entered December 8, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00699-CV

### MALLORY YORK, JR., Appellant

### V.

### MAKEATHA A. COOPER-YORK, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-01004**

## ORDER

Before the Court is appellant's December 6, 2017 motion for an extension of time to file a corrected brief. We **GRANT** the motion to the extent that we **ORDER** appellant to file the brief by **Monday, January 8, 2018**.

/s/     CRAIG STODDART
         JUSTICE